UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

LUZ E VALENCIA
AKA LUZ VALENCIA

CASE NO. 9:10-bk-02381-ALP
CHAPTER 7

Debtor(s).
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO TERMINATE AUTOMATIC STAY FILED BY US BANK, N.A.

Comes now the Movant, US BANK, N.A. by and through its undersigned attorney, and pursuant to all applicable bankruptcy laws and rules, and respectfully notices this Court that its Motion to Terminate Automatic Stay, filed with this Court on April 7, 2010, with Docket No. 20, is hereby withdrawn.

DOUGLAS C. ZAHM, P.A.

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240 SPN No. 231032
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675
18820 U.S. Highway 19 North, Suite 212
Clearwater, FL 33764
Telephone No. (727) 536-4911
Fax No. (727) 539-1094
Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Withdrawal was served as follows:

The parties identified below were served by NEF on this 15th day of April, 2010.

WILLIAM C. HONEY, ESQUIRE
GULF COAST LEGAL SERVICES, INC.
314 S. MISSOURI AVENUE
SUITE 109
CLEARWATER, FL 33756

DIANE L. JENSEN, TRUSTEE
PO BOX 1507
FT. MYERS, FL 33901

FT. MYERS DIVISION
UNITED STATES TRUSTEE - FTM7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

The parties identified below were served on this 15th day of April, 2010, by US Mail.

MARIO ARCILA A/K/A MARIO DEJESUS ARCILA
2038 GREENBRIAR BLVD
CLEARWATER, FL 33763-1405

LUZ E. VALENCIA
4557 LEONARD BLVD
LEHIGH ACRES, FL 33973

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240SPN No. 231032
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675